```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION


STATUS CAPITAL, LLC and PAGE
PLAZA ACQUISITION, L.P.,

       Plaintiff,

v.                                Case No:  2:21-cv-215-JES-NPM

LIBERTY    MUTUAL    FIRE
INSURANCE CO.,

       Defendant.
```

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation Of Dismissal With Prejudice (Doc. #72) filed on July 5, 2022. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __7th__ day of July, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record